s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s

| | | |
|---|---|---|
| Mark Johnson,<br>1914 Winbrook Court<br>Toledo, Ohio 43611, | : | Case No. ________________<br><br>(Hon.________________) |
| Plaintiff, | : | **NOTICE OF REMOVAL** |
| vs. | : | Heidi N. Hartman (0074293)<br>EASTMAN & SMITH LTD. |
| FCA US LLC<br>4400 Chrysler Drive<br>Toledo, OH 43608, | : | One SeaGate, 24th Floor<br>P.O. Box 10032<br>Toledo, Ohio 43699-0032<br>Telephone: (419) 241-6000 |
| and | : | Facsimile: (419) 247-1777<br>Email: hnhartman@eastmansmith.com |
| John Castillo<br>4400 Chrysler Drive<br>Toledo, OH 43608, | : | Attorney for Defendant<br>FCA US LLC |
| Defendants. | : | |

s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s

Pursuant to 28 U.S.C. §1332, 1441, and 1446, FCA US LLC files this Notice of Removal of this action from the Common Pleas Court of Lucas County, Ohio, where it is now pending, to the United States District Court for the Northern District of Ohio, Western Division.

1. This action was commenced on January 25, 2019 by the filing of the Complaint in the Common Pleas Court of Lucas County, Ohio. The action is entitled *Mark*

*Johnson v. FCA US LLC and John Castillo* and was assigned Case No. G-4801-CI-0201901242 on the docket of that Court.

2. The Summons and Complaint was served by plaintiff upon FCA US LLC's statutory agent on Ohio by certified mail received on January 28, 2019. This Notice of Removal is being filed within thirty (30) days after receipt by defendant FCA US LLC and is timely filed in accordance with 28 U.S.C. §1446(b).

3. The return receipt filed with the Lucas County Court of Common Pleas for John Castillo includes a service address at FCA US LLC's Toledo Assembly Complex and the return receipt does not bear the signature of John Castillo. John Castillo is not presently employed by FCA US LLC and FCA US LLC has no information regarding whether plaintiff served the Summons and Complaint upon John Castillo.

4. This case is removable under 28 U.S.C. §1332 because there is complete diversity of citizenship among the parties and the amount in controversy exceeds the sum of $75,000.

5. According to the Complaint, plaintiff is a citizen of Ohio.

6. Defendant FCA US LLC is a limited liability company which is wholly owned by FCA North America Holdings LLC, a Delaware limited liability company, which is wholly owned by Fiat Chrysler Automobiles N.V., a publicly traded Netherlands company with headquarters in Michigan, Ohio. Thus, there is complete diversity between plaintiff and the properly served defendant.

7. The Complaint does not place a cap on damages; however, a fair reading of the Complaint demonstrates that amount of the claims asserted would exceed the $75,000

jurisdictional minimum. Plaintiff seeks damages for physical injury, physical sickness, lost wages, and emotional distress and other consequential damages. Plaintiff was terminated in July 2018 and filed the Complaint in January 2019. Without admitting the validity or sufficiency of the alleged damages, and assuming a trial within 18 months from January 2019, the amount of alleged back pay and an assumed one year of front pay would exceed the minimum jurisdictional amount *See Finnegan v. Wendy's Int'l Inc.*, 2008 U.S Dist. LEXIS 88868 *11-12 (S.D. Ohio May 13, 2008 (plaintiff's ability to recover back pay, front pay, damages for emotional distress and other types of monetary damages exceeded the jurisdictional threshold). The Complaint additionally seeks punitive damages in excess of $25,000 and recovery of reasonable attorneys' fees as permitted by law. Thus, plaintiff's Complaint contemplates an amount in excess of $75,000, exclusive of interest and costs.

8. Copies of all process, pleadings, and orders served upon defendants FCA US LLC in this action are attached hereto as Exhibit A pursuant to 28 U.S.C. §1446(a).

9. Defendant FCA US LLC has not yet moved, pleaded or answered plaintiff's complaint. Defendant FCA US LLC will do so within the time provided by Fed. R. Civ. P. 81(c).

WHEREFORE, defendant FCA US LLC requests that the Court enter this case on its docket and entertain such further proceedings herein as may be proper and authorized by law.

Respectfully submitted,

EASTMAN & SMITH LTD.

/s/ Heidi N. Hartman

Heidi N. Hartman (0074293)
One SeaGate, 24th Floor
P.O. Box 10032
Toledo, Ohio 43699-0032
Telephone: (419) 241-6000
Facsimile: (419) 247-1777
Email: HNHartman@eastmansmith.com

Attorney for Defendant
FCA US LLC

## PROOF OF SERVICE

A copy of the foregoing was electronically filed this February 25, 2019 and served by e-mail upon Fred M. Bean, Fred.Bean@SpitzLawFrim.com, and Trisha M. Breedlove, Trisha.Breedlove@SpitzLawFirm.com, The Spitz Law Firm LLC, 25200 Chagrin Blvd., Suite 200, Beachwood, OH 44122.

/s/ Heidi N. Hartman
Attorney for Defendant
FCA US LLC